ACCEPTED
14-15-00154-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 10:41:27 AM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00154-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 10:41:27 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ANTHONY PLASTER | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 14TH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | AT HOUSTON, TEXAS |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE THE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee asks the Court to extend the time to file its brief.

### Introduction

1.      Appellant is Anthony Plaster; Appellee is the State of Texas.  No rule provides a deadline to file this motion to extend.  *See* TEX. R. APP. P. 38.6(d).  The Appellant is unopposed to this motion.

### Argument and Authorities

2.      The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.  Appellant's brief was filed on November 9, 2015.  Appellee's brief is due on December 9, 2015. Appellee requests 30 days to file its brief, extending the time until January 8, 2016.  No prior extension has been granted to extend the time to file the Appellee's brief.

1

3.      Appellee request additional time to file its brief because the undersigned counsel has been finishing two other complicated briefs, with extensive records, that have deadlines close in time to the instant case. Counsel has made a diligent effort to complete all briefs within the time designated by the rules. Counsel has been faced with a large end-of-the-year conclusion volume in his other cases as well. As a result, counsel will not be able to complete the brief by the current due date.

**Prayer**

4.      For these reasons, Appellee asks the Court to grant an extension of time to file its brief until January 8, 2016.

Respectfully submitted,

/s/ Trey D. Picard
_____
Trey D. Picard
State Bar No. 24027742
Assistant Criminal District Attorney
111 East Locust St., Suite 408A
Angleton, Texas 77515
(979) 864-1233
(979) 864-1712 Fax
treyp@brazoria-county.com

ATTORNEY FOR THE APPELLEE,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

Faye Gordon
Attorney at Law
201 E. Myrtle St.
Angleton, Texas 77515
(979) 849-3330
faye@fayegordonlaw.net

**Attorney for the Appellant**

☐    opposes motion

☑    does not oppose motion

☐    agrees with motion

☐    would not say whether motion is opposed

☐    did not return my message regarding the motion

/s/ Trey D. Picard

_____

Trey D. Picard
Assistant Criminal District Attorney

3

**CERTIFICATE OF SERVICE**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below, on **December 8, 2015**:

Faye Gordon
Attorney at Law
201 E. Myrtle St.
Angleton, Texas 77515
(979) 849-3330
faye@fayegordonlaw.net

**Attorney for the Appellant**

By:

☐   personal delivery

☐   mail

☐   commercial delivery

☑   electronic delivery / fax

/s/ Trey D. Picard

_____
Trey D. Picard
Assistant Criminal District Attorney